DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHERBROOKE HOMEOWNERS ASSOCIATION, INC.,**
a Florida corporation not-for-profit,
Appellant,

v.

**PAO WAN CHAN** and **ANDRE BAPTISTE,**
Appellees.

No. 4D21-385

[May 25, 2022]

Appeal and cross-appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; August A. Bonavita, Judge; L.T. Case Nos. 50-2018-CC-006612-XXXX-MB and 50-2020-AP000036CAXXMB.

Rebecca Mercier Vargas, Jane Kreusler-Walsh, and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Edward F. Holodak of Edward F. Holodak, P.A., Plantation, for appellant.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellee Andre Baptiste.

Alen H. Hsu of Weiss Serota Helfman Cole & Bierman, P.L., Boca Raton, for appellee Pao Wan Chan.

PER CURIAM.

Sherbrooke Homeowners Association ("the HOA") appeals a portion of the final judgment finding that its claim for unpaid assessments, fees, expenses, and court costs had been satisfied by prior payments from the appellees. Appellee Andre Baptiste cross-appeals the injunction requiring him to remove the shed found to be in violation of the HOA's governing documents.

The HOA's appeal must be dismissed because it was brought prematurely. "An attorney's fee award does not become final and ripe for review until the amount is set." *Widom v. Widom*, 679 So. 2d 74, 75 (Fla. 4th DCA 1996). The trial court expressly retained jurisdiction in the final judgment to determine entitlement and claims for reasonable attorney's

fees. However, the HOA brought this appeal without a determination on the amount. Thus, the HOA's appeal must be dismissed without prejudice for the trial court to determine entitlement and an amount for fees. *See Keldie v. Dennstedt*, 330 So. 3d 61, 62 (Fla. 4th DCA 2021). Additionally, we find that the trial court did not err in granting an injunction requiring removal of the shed based on the reasons stated in the final judgment.

*Affirmed in part and dismissed in part.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**